# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:12CR341 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMI J. ESCOBEDO-REYES, | ) | |
| | ) | |
| Defendant. | ) | |

UPON THE ORAL MOTION OF THE GOVERNMENT,

IT IS ORDERED that the Change of Plea hearing is continued to **March 5, 2013** at **2:00 p.m.** before  Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

For this defendant, the time between **February 22, 2013** and the **hearing** on the anticipated plea of guilty **is excluded** for purposes of computing the limits under the Speedy Trial Act.  **See** 18 U.S.C. § 3161(h)(1)(I)&(h)(8)(A)(B).

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 22nd day of February, 2013.

BY THE COURT:


s/ F.A. Gossett
United States Magistrate Judge